Date: 10/20/10                                                                                                           Page: 1

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-10565 - MCRAE, ROBERT BRUCE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | 000006 | 2,441.36 | 2.40 |
| FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | 000007 | 5,067.84 | 4.99 |
| Recovery Management Systems Corporation For GE Money Bank dba OLD NAVY 25 SE 2nd Ave Ste 1120 Miami FL 33131 | 000009 | 875.83 | 0.86 |
| ---------- Remittance Total ---------- | | 8,385.03 | 8.25 |

*[signature]*
SUSAN MANCHESTER, Trustee